Drew L. Johnson
Kathryn Tassinari
rwood@callatg.com
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466
Attorneys for Plaintiff

RECVD'05 MAY 09 11:44USDC-ORP

FILED'05 MAY 13 15:04USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**CHARLES G. RUBY,**

        Plaintiff,

vs.

**JO ANNE B. BARNHART,**
Commissioner of Social Security
Administration,

        Defendant.

Civil No. 03-6345-HA

**ORDER FOR ATTORNEY FEES PURSUANT TO EAJA**

After considering the Stipulated Motion for Entry submitted by the parties herein, Order is hereby granted in the sum of $ 6191.98 as full settlement of all claims for fees under EAJA, which Commissioner shall pay to Plaintiff's attorney, Drew L. Johnson. There are no other costs or expenses.

IT IS SO ORDERED this day of May __9__, 2005

                                      U.S. District Judge

PRESENTED BY:

By: _____
Drew L. Johnson, OSB #75200
Of Attorneys for Plaintiff

1 - ORDER